1  Erika Bailey Drake (SBN 248034)
2  edrake@drakeanddrake.com
   Roger D. Drake (SBN 237834)
3  rdrake@drakeanddrake.com
4  DRAKE & DRAKE, P.C.
   23679 Calabasas Road, Suite 403
5  Calabasas, California  91302
6  Telephone:  818.438.1332
   Facsimile:  818.475.1880
7  Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALVIN SHAW, | ) |
| | ) CASE NO.: 2:16-cv-06969-AFM |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) *[PROPOSED]* ORDER |
| NANCY A. BERRYHILL, Acting | ) AWARDING EAJA FEES |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |
| | ) |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERED that EAJA fees are awarded in the amount of THREE THOUSAND FOUR HUNDRED FORTY FIVE DOLLARS AND 00/100 ($3,445.00) subject to the terms of the stipulation.

DATED: 12/13/2017

_____
ALEXANER F. MacKINNON
UNITED STATES MAGISTRATE JUDGE